IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-17-283 |
| | * | |
| TYRONE PIERCE | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM & ORDER</u>**

Now pending is the motion filed by Tyrone Pierce seeking reconsideration of this court's decision to deny his request for compassionate release. The motion for reconsideration (ECF 70), the recent correspondence (ECF 71), and the supplement to the motion (ECF 72), have been reviewed.

The court's denial of Mr. Pierce's initial motion recognized the risk the coronavirus presented to him and indeed considered that risk an "extraordinary and compelling reason" for his release. The court found Mr. Pierce's motion to be a difficult one, but it ultimately concluded that the applicable § 3553(a) factors did not weigh in favor of release, (*see* ECF 68), and nothing presented by Mr. Pierce in his filing changes that balance. While reaffirming that prior ruling, the court also will clarify that it did not rely on the percentage of the sentence Mr. Pierce has served as dispositive, but only as one of the factors in the overall balance. *See United States v. Kibble*, 992 F.3d 326, 331 (4th Cir. 2021).

In summary, while the court is sympathetic to Mr. Pierce's concern that he may contract COVID-19 again, and would support the request that he be placed in a drug treatment program as part of his reentry into the community, he has shown no basis for reconsideration at this time. The motion for reconsideration is Denied.

So Ordered this __17th__ day of May, 2021.

                                                                                   /S/_____
                                                                                 Catherine C. Blake
                                                                                 United States District Judge